```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2751
```



FILED
DEC - 9 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No. 2:08-MJ-0125 DAD |
| Plaintiff, ) | |
| v. ) | MOTION TO DISMISS CRIMINAL COMPLAINT AND [PROPOSED] ORDER |
| JOHN STANLEY DURAN, ) | |
| Defendant. ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, Plaintiff United States of America, by and through Assistant U.S. Attorney Jason Hitt, moves this Honorable Court to dismiss without prejudice the Criminal Complaint and arrest warrant in Mag. No. 2:08-MJ-0125 DAD. This motion is made because on or about November 26, 2008, the defendant named in this Criminal Complaint was arrested and taken into custody by the United States Marshals Service. The defendant will now be transferred to state custody in order to face pending murder charges in Solano County Superior Court.

///
///
///

1  Because more serious pending state charges against this
2  defendant, the United States elects to dismiss the pending Criminal
3  Complaint in this matter in the interests of justice and pursuant to
4  Rule 48 of the Federal Rules of Criminal Procedure.

6  DATED: December 9, 2008          McGREGOR W. SCOTT
                                    United States Attorney

                                    By /s/ Jason Hitt
                                    JASON HITT
                                    Assistant U.S. Attorney

## O R D E R

For the reasons set forth in the government's motion to dismiss the Criminal Complaint, **IT IS HEREBY ORDERED**:

The Criminal Complaint and arrest warrant in Mag. No. 2:08-MJ-0125 DAD are hereby DISMISSED without prejudice pursuant to Rule 48 of the Federal Rules of Criminal Procedure.

DATED: 12-9-08

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE